(95 South. 202)

**Ex parte DENHAM.  (8 Div. 521.)**

(Supreme Court of Alabama. Jan. 11, 1923.)

Certiorari to Court of Appeals.

Action in detinue by W. H. Denham against Henry Yancey and another. A judgment for defendant was affirmed by the Court of Appeals (95 South. 201), and plaintiff petitions for certiorari. Petition denied.

White & Watts, of Huntsville, for petitioner.
Cooper & Cooper, of Huntsville, opposed.

PER CURIAM. Petition of W. H. Denham for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of W. H. Denham v. Henry Yancey et al., 95 South. 201.

Petition denied.